UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

BOHARA HARI,

                                Petitioner.                Case # 16-CV-776-FPG

v.

                                                              DECISION AND ORDER

JEFFERSON B. SESSIONS,
Attorney General of the United States, et al.,

                                Respondents.
_____

*Pro se* Petitioner Bohara Hari ("Petitioner") filed this action seeking a Writ of Habeas Corpus under 28 U.S.C. § 2241. ECF No. 1. Petitioner alleges that he was ordered removed to Nepal, but he has not been removed and instead has remained in the custody of the Department of Homeland Security ("DHS") for over six months pending deportation. *Id.* Due to this delay, Petitioner seeks to be released from custody.

The government has moved to dismiss this case as moot because Petitioner has been released from DHS custody. ECF Nos. 11, 12. Petitioner did not respond to the government's motion.

"Where an alien challenging his detention under 28 U.S.C. § 2241 is released during the pendency of his petition under an order of supervision, the petition is rendered moot." *Harvey v. Holder*, 63 F.Supp. 3d 318, 320 (W.D.N.Y. 2014). Here, the uncontroverted evidence demonstrates that Petitioner was released from DHS custody on March 20, 2017. ECF No. 11-1, at 2. Accordingly, this action is moot and must be dismissed.

1

## CONCLUSION

The government's motion to dismiss (ECF Nos. 11, 12) is GRANTED because this case is moot. No certificate of appealability shall issue, because Petitioner has failed to make a substantial showing that he was denied a constitutional right. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated: July 25, 2017
       Rochester, New York

_____
HON. FRANK P. GERACI, JR.
Chief Judge
United States District Court